**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AKRON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 06-51649 mss |
| | ) | |
| | ) | **CHAPTER 7 PROCEEDINGS** |
| **Greer, George Henry, III** | ) | |
| | ) | **JUDGE: Marilyn Shea-Stonum** |
| Debtor(s) | ) | |
| | | **Filed on Behalf of Movant, The Locator Services Group Ltd.** |

### Application For Admission *Pro Hac Vice*

Petitioner, Kim Sherrie Sawyer, hereby respectfully requests permission from this Honorable Court to appear *pro hac vice* in the above-titled case filed in the Akron Division of the United States Bankruptcy Court for the Northern District of Ohio on behalf of The Locator Services Group Ltd and SunTrust Banks, Inc., on behalf of its wholly owned subsidiary, SunTrust Mortgage Inc. solely for the purpose of release of unclaimed funds. Petitioner states under penalty of perjury that she is a member in good standing of the Bar of the highest Court of the Commonwealth of Massachusetts and the State of New York.

Date: Thursday, November 20, 2008

Respectfully submitted,
Kim Sherrie Sawyer, *pro hac vice*

/s/ Kim Sherrie Sawyer
Kim Sherrie Sawyer, Esquire
MA I.D. No.: MA560026
ksawyer@tlsgltd.com
The Locator Services Group Ltd
316 Newbury Street, Suite 32
Boston, MA 02115
Telephone #: 617-859-0600
Fax #: 617-859-0640

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing **APPLICATION FOR ADMISSION *PRO HAC VICE*** of Kim Sherrie Sawyer has been served upon the United States Attorney for the Northern District of Ohio, via first class U.S. Mail, postage prepaid, on Thursday, November 20, 2008 as follows:

> United States Attorney
> Attn: Civil Process Clerk
> Carl B. Stokes United States Courthouse
> 801 West Superior Ave., Suite 400
> Cleveland, OH 44113

And upon the following parties via electronic noticing:

- James F Ciccolini, 209 S Broadway St, Medina, OH 44256
- United States Trustee, 201 Superior Avenue East, Suite 441, Cleveland, OH 44114
- Harold A Corzin, 304 N Cleveland-Massillon Rd, Commonwealth Square, Akron, OH 44333

/s/Kim Sherrie Sawyer
Kim Sherrie Sawyer, Esquire
MA I.D. No: MA560026